IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE:<br>    Oscar L. Bullard,<br>    Debtor(s) | )<br>)<br>)<br>) | CHAPTER 13<br>JUDGE   John H. Squires<br>CASE NO.   10 B 24385 |

---

Oscar L. Bullard,  )
    Plaintiff,  )
                )  Adversary Number
    vs.  )
                )
Household Finance Co.
    Defendant,

### COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. §506(A) AND BANTRUPTCY RULE 3012 TO DETERMINE VALUE OF SECURITY AND RELEASE OF HOUSEHOLD FINANCE CORPORATION'S UNDERLYING LIEN ON DEBTOR'S PROPERTY

NOW COMES Oscar L. Bullard (hereinafter referred to as "DEBTOR"), by and through his attorneys, the Law Offices of Ernesto D. Borges, Jr. P.C., and move this Honorable Court for an entry of an Order to Avoid Second Mortgage, and in support thereof respectfully represent as follows:

1. On May 28, 2010, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

5. The plan has not yet been confirmed.

6. HOUSEHOLD FINANCE CORPORATION. ("HFC") holds the second mortgage in the amount of $50,571.00 on the real estate located at 7642 S. Merrill, Chicago IL 60649. (See attached Schedule D referred to as "Exhibit A")

7. At the time of filing, Debtor's real estate located at 7642 S. Merrill, Chicago IL 60649 (hereinafter referred to as "Property"), was valued at approximately $156,000.00 (See attached Comparative Market Analysis referred to as "Exhibit B") and Debtor owed approximately $284,872.00 in mortgage liens and assessments on subject Property (See attached Schedule D as "Exhibit A").

8. Debtor claimed an exemption for $15,000.00 on subject Property (See attached Schedule C referred to as "Exhibit C"). Therefore, the debt of HFC in the amount of approximately $50,571.00, for the second mortgage entirely impairs Debtor's exemption and the full amount of the lien should be avoided.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order for the following relief:

A. That this Court hold that the interest of the Defendant with respect to real estate located at 7642 S. Merrill, Chicago IL 60649, is at this time valued at zero and is therefore avoided as a lien/mortgage on this real estate.

B. Upon successful completion of the plan and upon entry of discharge, Defendant shall release its lien. In the additional event that the Defendant, or its successors and assigns, fails to execute and deliver to the Plaintiff any termination statement or other document that is or may be required by law to release the mortgage, the Court reserves jurisdiction to enforce this Order.

C. Should the Debtor's case be dismissed or converted to a Chapter 7, this order will be void and the lien of Defendant will remain intact.

D. Defendant shall have an allowed unsecured claim in the amount listed on the Defendant's proof of claim.

Respectfully submitted,

/s/ Andrew J. Feldman
Andrew J. Feldman #6292797
Attorney for the Debtor
Law Offices of Ernesto D. Borges, Jr., P.C.
105 W Madison, 23rd Floor
Chicago, IL 60602
312-853-0200